# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| ex rel., JEAN LOPER and : | |
| **JOHN A. KING, D.O.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 6:01-cv-41(HL) |
| : | |
| **DONALSONVILLE HOSPITAL, INC.,** : | |
| **et al.,** : | |
| : | |
| Defendants. : | |

_____

## **ORDER**

On December 14, 2005, Defendants filed a Motion to Approve Settlement [doc 118]. The Court entered an Order [doc 120] on December 21, 2005, denying the Motion because Relator John A. King, D.O., had not reached an agreement with the United States as to an appropriate Relator's share of the $125,000.00 to be awarded to the Government under the proposed Settlement.

On January 17, 2006, Relator Jean Loper filed a Motion for an Award of Relator's Share [doc 121], asking the Court to declare the Relator's share to be 25 percent of the $125,000.00 to be awarded to the United States and asking that she receive one-half of the Relator's share. Relator King did not file a response to this Motion, or otherwise interpose an objection, within the time permitted. However, Relator King subsequently filed a Motion to Approve Settlement and Consent to Relator's Share Agreement as Proposed [Doc 124]. In this Motion, Relator King requests that the Court approve the final settlement, confirm the Relator's share agreement, and

dismiss the action. In the Motion, Relator King expresses his willingness to accept a Relator's share of 25 percent, to be allocated equally between Relators King and Loper, and further expresses his desire to see this litigation resolved in its entirety.

In view of Relator King's Motion, the Court finds that all matters necessary to a final resolution of this case have been resolved and that it is appropriate to approve the Settlement Agreement previously proposed in this case. Consistent with that finding, Relator King's Motion to Approve Settlement [doc 124] is granted and Relator Loper's Motion for an Award of Relator's Share [doc 121] is granted. A separate Order Approving Settlement, incorporating the Settlement and Release Agreement of the parties will be entered by the Court.

**SO ORDERED**, this the 23rd day of February, 2006.

 s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls